IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-01337-RBJ

SYNERGY RESOURCES CORPORATION, a Colorado corporation,

    Plaintiff/Counterclaim Defendant,

and

EDWARD HOLLOWAY, an individual, and
CRAIG D. RASMUSON, an individual,

    Counterclaim Defendants,

v.

BRILLER, INC., Nebraska corporation,
R.W.L. ENTERPRISES, and
ROBERT W. LOVELESS,

    Defendants/Counterclaim Plaintiffs,

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **ten day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **October 17, 2016 at 9:00 a.m.**

    A Trial Preparation Conference is set for **September 23, 2016 at 9:00 a.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury

instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least five business days in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 30th day of October, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge